UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP 2000 (COMPUTERS) LTD. d/b/a Bleep Computing and Bleep North,<br><br>Defendants. | Docket No. 05-11678-RCL |

### MOTION FOR ADMISSION PRO HAC VICE OF MARK MONACK

The undersigned, Neal J. Bingham, Esq., hereby moves this Court, in accordance with the provisions of Rule 83.5.3(b) of the Local Rules for the United States District Court for the District of Massachusetts, for an order granting Mark Monack (the "Applicant") leave to appear *pro hac vice* on behalf of the plaintiff, Wildlife Trading Company of New Mexico, Inc. ("Plaintiff"). In support hereof the Applicant states:

2. The Applicant is a partner at the law firm of Jaffe & Asher, LLP, 600 Third Avenue, Ninth Floor, New York, NY 10016.

3. The Applicant is a member of the bar of the State of New York, and has been admitted to practice before the United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York and the United States District Court for the Eastern District of Michigan.

4. The Applicant is in good standing to practice before the courts to which he has been admitted.

5. The Applicant has never been subjected to any discipline by any court or

administrative body, and no disciplinary proceedings are currently pending against him as a member of the bar in any jurisdiction.

6.	The Applicant is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

7.	In further support of this motion, the undersigned has attached hereto the Rule 83.5.3 Certificate of Mark Monack as Exhibit A.

WHEREFORE, the undersigned respectfully requests that this motion be allowed and that the Applicant be permitted to appear *pro hac vice* on behalf of the Plaintiff.

Respectfully submitted,

WILDLIFE TRADING COMPANY OF
NEW MEXICO, INC.

by its attorneys,

Andrew D. Myers, BBO# 556930
Neal J. Bingham, BBO# 652029
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
617-367-2500

Dated: August 15, 2005