UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP 2000 (COMPUTERS) LTD. d/b/a Bleep Computing and Bleep North, <br><br> Defendants. | Docket No. 05-11678-RCL |

### RULE 83.5.3 CERTIFICATION OF MARK MONACK

I, Mark Monack, hereby certify as follows:

1. I am a partner at the law firm of Jaffe & Asher, LLP, 600 Third Avenue, Ninth Floor, New York, NY 10016, and am counsel for the plaintiff in this matter, Wildlife Trading Company of New Mexico, Inc.

2. I am a member of the bar of the State of New York, and have been admitted to practice before the United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York and the United States District Court for the Eastern District of Michigan.

3. I am in good standing to practice before the courts to which I have been admitted. I have never been subjected to any discipline by any court or administrative body, and no disciplinary proceedings are currently pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

5.    I hereby designate Andrew D. Myers and Neal J. Bingham of Davis, Malm & D'Agostine, P.C., One Boston Place, Boston, MA 02108 to serve as local counsel for Wildlife Trading Company of New Mexico, Inc. in connection with this matter.

_____
Mark Monack

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 05-11678 RCL

WILDLIFE TRADING COMPANY OF
NEW MEXICO, INC.,
                    Plaintiff,

-against-

BAYSTATE POS, INC., PHILLIP BINGHAM, and
BLEEP 2000 (COMPUTERS) LTD. d/b/a Bleep Computing
and Bleep North,
                    Defendants.

**CERTIFICATE OF SERVICE**

I, Neal J. Bingham, do hereby certify that I have this 15th day of August 2005 served a copy of the attached document via hand delivery to the following defendants:

Baystate POS, Inc
770 Dedham Street, S-3
Canton, MA 02021

Phillip Bingham
362 Mssapoag
Sahron MA 02067

Bleep 2000 (Computers) Ltd.
D/b/a Bleep Computing and Bleep North
7 St. Saviours Wharf
Mill Street, Loundon
UK

_/s/ Neal Bingham_
Neal J. Bingham, BBO# 652029
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
617-367-2500