AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

WILDLIFE TRADING COMPANY
OF NEW MEXICO, INC.

V.

BAYSTATE POS, INC., PHILLIP BINGHAM
and BLEEP 2000 (COMPUTERS) LTD,
d/b/a BLEEP COMPUTING and
BLEEP NORTH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11678-RCL

TO: (Name and address of Defendant) BAYSTATE POS, INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Myers
Neal J. Bingham
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8-12-05

AO 440 (Rev. 8/01) Summons in a Civil Action



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 22, 2005

I hereby certify and return that on 8/17/2005 at 3:51PM I served a true and attested copy of the summons, complaint, category form, motion for admission and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Phillip M. Bingham, President and Officer, person in charge at the time of service for Baystate Pos Inc, at 362 Massapoag Avenue, Sharon, MA 02067. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($12.16) Total Charges $52.66

Deputy Sheriff Frederick J. Laracy

*Deputy Sheriff*

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    *Signature of Server*

              _____
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.