UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------
WILDLIFE TRADING COMPANY OF NEW
MEXICO, INC.,

                          Plaintiff,

    -against-

BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP
2000 (COMPUTERS) LTD. d/b/a Bleep Computing and
Bleep North,

                          Defendants.
---------------------------------------------------------

Docket No.: 05-11678-RCL

**REPLY**

Plaintiff-Counterclaim Defendant Wildlife Trading Company of New Mexico, Inc. ("Wildlife Trading"), by its undersigned attorneys, as and for its reply to the Counterclaim of Defendants-Counterclaim Plaintiffs Baystate POS, Inc. and Phillip Bingham (collectively the "Baystate Defendants") dated September 20, 2005, answers as follows (the "Counterclaim"):

1. Denies knowledge or information sufficient to either admit or deny the allegations of paragraph 1 of the Counterclaim.

2. Admits the allegations of paragraph 2 of the Counterclaim.

3. Denies the allegations of paragraph 3 of the Counterclaim.

4. Denies the allegations of paragraph 4 of the Counterclaim.

5. Denies the allegations of paragraph 5 of the Counterclaim.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

6. The Counterclaim fails to state a valid cause of action.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

7. The Counterclaim is void under the statute of frauds.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

8. Wildlife Trading has setoffs and counterclaims that exceed any amounts that Wildlife Trading allegedly owes the Baystate Defendants.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

9. The Baystate Defendants failed to mitigate their damages.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

10. The Counterclaim is void for violating applicable statutes of limitations.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

11. The Counterclaim is void under the doctrine of laches.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

12. The Counterclaim is void under the doctrine of estoppel.

**AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE**

13. The Counterclaim is void under the doctrine of waiver.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

14. The Counterclaim is void because the Baystate Defendants failed to abide by the terms of any applicable agreements between them and Wildlife Trading.

Dated: New York, New York
October 20, 2005

Respectfully submitted,

WILDLIFE TRADING COMPANY OF
NEW MEXICO, INC.

by its attorneys,

/s/ Andrew D. Myers

Andrew D. Myers, BBO# 556930
Neal J. Bingham, BBO# 652029
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
617-367-2500

3