UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC.,<br><br>    Plaintiff<br><br>vs.<br><br>BAYSTATE POS, INC., PHILLIP BINGHAM and BLEEP 2000 (COMPUTERS) LTD., d/b/a BLEEP COMPUTING and BLEEP NORTH,<br><br>    Defendants | CASE NO. 05-11678-RCL |

REQUEST BY DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM BAY STATE POS, INC. FOR DEFAULT AS TO COUNTERCLAIM PURSUANT TO RULE 55(a)

To the Clerk of the above named Court:

I, Arnold E. Cohen, attorney for the above-named Bay State POS, Inc. ("Bay State"), state that on September 20, 2005, I served a copy of the Answer and Counterclaim of defendant/plaintiff-in-counterclaim Bay State on plaintiff/defendant-in-counterclaim Wildlife Trading Company of New Mexico, Inc. ("WTC") by mailing a copy of the same by first class mail, postage prepaid to WTC's attorneys, Andrew D. Meyers and Neal J. Bingham, Davis, Malm & D'Agostine, P.C., One Boston Place, Boston, Massachusetts 02108; and Mark Monack, Jaffe & Asher, LLP. 600 Third Avenue, 9th Floor, New York, NY 10016.

1

No responsive pleading has been served on me as required by Rule 12.

I hereby make application on behalf of Bay State that WTC be defaulted on Bay State's Counterclaim pursuant to Rule 55(a).

This statement is made under penalty of perjury.

Dated: October 24, 2005

_____
Arnold E. Cohen
Attorney for the Defendants
Bass, Doherty & Finks, P.C.
40 Soldiers Field Place
Boston, MA 02135-1104
Tel: (617) 787-5551
BBO # 088480

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail / hand on _____
_____

AEC\ml

Bingham/Wildlife/request 102405.ml.doc

2