FILED
IN CLERKS OFFICE
2005 NOV 22 P 2: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC., <br><br> Plaintiff, <br><br> -against- <br><br> BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP 2000 (COMPUTERS) LTD. d/b/a Bleep Computing and Bleep North, <br><br> Defendants. | Docket No. 05-11678-RCL |

## AFFIDAVIT OF SERVICE OF PROCESS

I, Neal J. Bingham, hereby depose and state as follows:

1. I am an attorney licensed to practice before the United States District Court for the District of Massachusetts and I am counsel for the plaintiff in this action, Wildlife Trading Company of New Mexico, Inc. ("Plaintiff").

2. On September 30, 2005, I sent copies of Plaintiff's Complaint, Civil Action Coversheet, Category Sheet and Summons to Berwin, Leighton Paisner ("BLP"), a law firm located in London, England. BLP agreed to assist Plaintiff's counsel with service of process on the defendant, Bleep 2000 (Computers) Ltd. ("Bleep"), also located in London, England.

3. A process server hired by BLP, John Cranstoun, served copies of the above-referenced documents on November 7, 2005 by handing said documents personally to an adult male who stated that he was the person in charge of Bleep at the time of service. Said adult male refused to reveal his name or position with Bleep. (A copy of the John Cranstoun Affidavit, filed with the High Court of Justice, Queen's Bench Division, in connection with certification of service of Bleep in accordance with the Hague Convention on the Service Abroad of Judicial and

Extrajudicial Documents, is attached hereto as <u>Exhibit A</u>.)  (Exhibits omitted.)

4. In accordance with Fed. R. Civ. P. 4(f), the Supreme Court of England & Wales, Foreign Process Section, issued a "Certificate-Attestation" certifying that service upon Bleep was in accordance with the Hague Convention.  (The original Certificate-Attestation is attached hereto as <u>Exhibit B</u>.)

5. The Summons served upon Bleep is attached hereto as <u>Exhibit C</u>.

Signed under the pains and penalties of perjury this 22nd day of November 2005.

*Neal Bingham*
Neal J. Bingham

Filed on behalf of: Plaintiff<br>
Name of Deponent: J Cranstoun<br>
No of Affidavit: 1<br>
No of exhibit(s): A<br>
Date sworn:

IN THE HIGH COURT OF JUSTICE

QUEEN'S BENCH DIVISION

IN THE MATTER OF THE EVIDENCE (PROCEEDINGS IN OTHER JURISDICTIONS) ACT 1975

AND

IN THE MATTER OF A CIVIL PROCEEDING (CASE NUMBER 05-11678-RCL)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC., <br><br> Plaintiff, <br><br> -against- <br><br> BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP 2000 (COMPUTERS) LTD. d/b/a Bleep Computing and Bleep North, <br><br> Defendants. | Case No. 05-11678-RCL |

I, John Cranstoun of 4, Marylebone High Street, London W1, Process Server, acting under the direction of Berwin Leighton Paisner of Adelaide House, London Bridge, London EC4, Solicitors, State on Oath :-

1. Unless I have indicated otherwise, the Statements I make are within my own knowledge.

That I did on Monday the 7th day of November 2005 at 10.30am at 7 St Saviours Wharf, Mill Street, London SE1, the registered office of Bleep 2000 (Computers) Limited, serve the Summons dated the 12th day of August 2005 with Complaint dated the 12th day of August 2005 and Civil Cover sheet dated the 12th day of August 2005, copies of which are exhibited hereto and marked "A" upon Bleep 2000 Computers Limited by handing personally to an adult male who stated that he was the person in charge of the company at the time of my visit, but who refused to reveal his name or his position within the company.

SWORN AT 131 BAKER STREET, LONDON W1 )
)
IN GREATER LONDON )
)
THIS 9th DAY OF November 2005 )
)
BEFORE ME )

*[signature]*

A SOLICITOR

ANTHONY D. MILLER
A COMMISSIONER FOR OATHS

# CERTIFICATE ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.

Your Reference: 05-11678-RCL                                Our Reference: SFP 2005-7785

1) that the document has been served* the (date)            **MONDAY 7 NOVEMBER 2005**
que le demande a été exécutée*        le (date)

-at (place, street, number)                                 **BLEEP 2000 (COMPUTERS) LIMIED, 7 ST SAVIOURS WHARF, MILL STREET, LONDON, SE1**

-a (localité, rue, numero)

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prévues à l'article 5:

X       a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention*
        selon les formes légales (article 5, alinéa premier, lettre a)*

b) in accordance with the following particular method*:
selon la forme particuliére suivante*:

c) by delivery to the addressee, who accepted it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

- (identity and description of person)                      _____/_____
- (identité et qualité de la personne)

- relationship to the addressee (family, business or other):   **AUTHORISED TO ACCEPT SERVICE**
- liens de parenté, de subordination ou autres, avec
  le desinataire de l'acts:

~~2) that the document has not been served, by reason of the following facts*:~~
~~que la demande n'a pas été exécutée, en raison des faits suivants*:~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement*
Conformément à l'article 12, alinéa 2 de ladite Convention, le requerant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*

**Annexes** - annexes

**Documents returned**                                      Done at:      London
Pièces renvoyées                                            fait à

...........................................                                16 NOV 2005

...........................................                The:          16 November 2005
                                                            Le            QBD

                                                            Signature and/or stamp
                                                            Signature et/ou cachet

*In appropriate cases, documents establishing
the service:
*Le cas échéant, la pièce justificative de l'exécution:

# UNITED STATES DISTRICT COURT

District of _____

Wildlife Trading Company
of New Mexico, Inc.

## SUMMONS IN A CIVIL ACTION

V.

Baystate POS, Inc., Phillip
Bingham and Bleep 2000 (Computers)
Ltd. d/b/a Bleep Computing and
Bleep North

CASE NUMBER: 05-11678-RCL

TO: (Name and address of Defendant)   Bleep 2000 (Computers) Ltd. d/b/a
Bleep Computing and Bleep North

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Myers
Neal J. Bingham
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

8-12-05

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                    Signature of Server

                              _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.