UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC.,<br><br>       Plaintiff,<br><br>   -against-<br><br>BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP 2000 (COMPUTERS) LTD. d/b/a Bleep Computing and Bleep North,<br><br>       Defendants. | Case No.: 05-11678-RCL<br><br>**JOINT STATEMENT OF PARTIES FOR SCHEDULING CONFERENCE** |

   Plaintiff-Counterclaim Defendant Wildlife Trading Company of New Mexico, Inc. ("Wildlife Trading"), by its undersigned attorneys, and Defendants-Counterclaim Plaintiffs Baystate POS, Inc. and Phillip Bingham (collectively "Baystate Defendants"),[1] by their undersigned attorneys, hereby submit the following joint statement containing a proposed pretrial schedule, pursuant to the Notice of Scheduling Conference and Additional Matters filed October 26, 2005:

   1. **CONCISE SUMMARY OF POSITIONS**

     a.  **Wildlife's Summary:**  Plaintiff Wildlife Trading is a retailer of specialty goods at numerous cultural institutions across the country.  The defendants are vendors, designers and/or manufacturers of point-of-sale ("POS") systems for retailers including cash registers and related software programs.  Based on defendants' expertise and recommendations, Wildlife Trading agreed to upgrade its POS system to a windows version that could be networked and would provide Wildlife Trading with immediate access to information.  After more than a year of struggling to adopt the defendants' useless recommendations, the upgrade

---

[1] Defendant Bleep 2000 (Computers) Ltd. ("Bleep") has not yet appeared in this action.  Plaintiff notified Bleep of the conference by overnight mail on November 17, 2005 but has received no communication from Bleep or any counsel representing same.

was a complete failure. The software and hardware that the defendants recommended and attempted to install were incompatible with each other, and wholly insufficient for Wildlife Trading's needs and goals. As a result of the defendants' breaches of contract, breach of warranty, and fraud, Wildlife Trading suffered damages exceeding $500,000, representing the cost of replacing the POS system, unrefunded deposits for hardware and software that defendants inappropriately recommended, labor costs and lost business opportunities.

        b.      **Baystate Defendants' Summary:** Under the agreement between Bay State and Wildlife, Bay State agreed to host, for a one year period, Wildlife's point-of-sale cash register system. The system provided by Bay State operated in a perfectly satisfactory manner and was an appropriate system for Wild Life's business needs. Any problems with the operation of the system were the result of performance failures on the part of Wild Life. Under the agreement between Bay State and Wild Life, Wild Life was obligated to pay telephone bills incurred in the operation of the system. Wild Life was delinquent in paying a telephone bill in the approximate amount of $4,000. It has also failed to pay Bay State for equipment sold to it by Bay State in the amount of $12,168. Bay State told Wild Life that unless the sums due were paid, Bay State would not renew its agreement after the one-year period. When Wild Life refused to pay, Bay State justifiably did not renew its agreement with Wild Life. Wild Life is indebted to Bay State in the sum of $17,705.44 as set forth in Bay State's counterclaim.

    2.  **JOINT DISCOVERY PLAN**

        a.      **Developing Information for Realistic Assessment of the Case**

            i.      The parties shall exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before January 10, 2006.

           ii.      The parties shall serve upon the other Requests for the Production of Documents and Interrogatories on or before February 15, 2006.

    iii.    The parties shall respond to the Requests for the Production of Documents and Interrogatories on or before April 15, 2006.

    iv.    The parties shall notice the depositions of all fact witnesses on or before April 30, 2006.

    v.    All depositions shall occur on or before July 15, 2006.

**b.**    **Information Needed for Trial.**

    i.    The parties shall identify all expert witnesses, if any, on or before June 30, 2006.

    ii.    All expert disclosures, including reports of said experts as well as all documents upon which the opinions of such experts are to be based, shall be produced on or before July 31, 2006.

    iii.    If either party seeks to appoint a rebuttal expert in response to the expert disclosure stated above, disclosure of such expert and the expert's report, as well as all documents upon which the opinions of such experts are to be based, shall be produced on or before August 31, 2006.

    iv.    Depositions of all experts shall occur on or before October 31, 2006.

    v.    All discovery shall conclude no later than October 31, 2006.

3.  **SCHEDULE FOR FILING MOTIONS**

    a.    Motions for summary judgment or partial summary judgment, if any, shall be filed on or before December 15, 2006.

    b.    Papers in opposition of such motions, if any, shall be filed on or before January 31, 2007.

    c.    Reply papers in further support of such motions shall be filed on or before February 28, 2007.

4.  **CERTIFICATION RULE 16.1(D)**

The parties and their respective counsel of record hereby certify that they have conferred regarding establishing a budget for the costs of conducting the full course – and various

3

alternative courses – of litigation, and that they have conferred regarding the resolution of the litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: New York, New York
     November __, 2005

WILDLIFE TRADING COMPANY OF NEW
MEXICO, INC.

BAYSTATE POS, INC. and PHILLIP
BINGHAM

_____

Name: Diana Ward
Title: Treasurer/Corporate Secretary

Name:
Title:

by its attorneys,

by its attorneys,

_____
Mark P. Monack (*pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue, Ninth Floor
New York, New York  10016-1901
(212) 687-3000

_____
Arnold E. Cohen, BBO# 088480
BASS, DOHERTY & FINKS, P.C.
40 Soldiers Field Place
Boston, MA  02135-5551
(617) 787-5551

Andrew D. Myers, BBO# 556930
Neal J. Bingham, BBO# 652029
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, MA 02108
617-367-2500

4