UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP 2000 (COMPUTERS) LTD. d/b/a Bleep Computing and Bleep North,<br><br>Defendants. | Docket No. 05-11678-RCL |

## REQUEST FOR DEFAULT PURSUANT TO FED. R. CIV. P. 55(a) AGAINST DEFENDANT BLEEP 2000 (COMPUTERS) LTD.

The plaintiff, Wildlife Trading Company of New Mexico, Inc. ("Plaintiff"), hereby requests that the Court enter a default against the defendant, Bleep 2000 (Computers) Ltd. d/b/a Bleep Computing and Bleep North ("Defendant"), pursuant to Fed. R. Civ. P. 55(a). In support of this request, Plaintiff states as follows:

1. Plaintiff filed the Complaint in this matter on or about August 12, 2005.

2. The Complaint, Civil Action Coversheet, Category Sheet and Summons were served on Defendant on November 7, 2005.

3. The time within which Defendant was required to serve responsive pleadings or otherwise defend pursuant to Rule 12(a) was November 27, 2005.

4. The time for filing an answer has expired and Defendant has not served or filed an answer or otherwise defended as to the Complaint.

**WHEREFORE**, Plaintiff respectfully requests that Defendant Bleep 2000 (Computers) Ltd. be defaulted.

Respectfully submitted,

WILDLIFE TRADING COMPANY OF
NEW MEXICO, INC.

by its attorneys,

/s/ Neal J. Bingham
Mark P. Monack (admitted *pro hac vice*)
JAFFE & ASHER LLP
600 Third Avenue, Ninth Floor
New York, New York 10016-1901
212-687-3000

Andrew D. Myers, BBO# 556930
Neal J. Bingham, BBO# 652029
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, Massachusetts 02108
617-367-2500

Dated: January 6, 2006