UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Wildlife Trading Company of New Mexico, Inc**<br>**Plaintiff**<br><br>V.<br><br>**Baystate POS, Inc., et al**<br>**Defendant** | CIVIL ACTION<br><br>NO. **1:05-cv-11678 RCL** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Wildlife Trading Company of New Mexico, Inc.**, for an order of Default for failure of the Defendant, **Bleep 2000 (computers) Ltd**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **21** day of **April**.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

Notice mailed to:

(notice of default.wpd - 3/7/2005)