**BAYSTATE POS**　　　　　　　　　**Exhibit 1**
**Customer Balance Detail**
**All Transactions**

| Type | Date | Number | Amount | Balance |
|---|---|---|---|---|
| **Wildlife Trading Co. of NM- DZ** | | | | |
| Payment | 1/31/2003 | 10804 | -11230.00 | -11230.00 |
| Invoice | 3/11/2003 | 2723 | 45.00 | -11185.00 |
| Payment | 4/4/2003 | 11060 | -45.00 | -11230.00 |
| Invoice | 4/30/2003 | 2777 | 199.50 | -11030.50 |
| Invoice | 6/14/2003 | 2802 | 217.24 | -10813.26 |
| Invoice | 8/5/2003 | 2840 | 114.49 | -10698.77 |
| Total Wildlife Trading Co. of NM- DZ | | | -10698.77 | -10698.77 |
| | | | | |
| **Wildlife Trading Co. of NM- OCA** | | | | |
| Invoice | 3/17/2003 | 2730 | 1275.00 | 1275.00 |
| Invoice | 3/20/2003 | 2733 | 10480.00 | 11755 |
| Invoice | 3/20/2003 | 2734 | 70.50 | 11825.50 |
| Total Wildlife Trading Co. of NM- OCA | | | 11825.50 | 11825.50 |
| | | | | |
| **Wildlife Trading Co. of NM- OKA** | | | | |
| Invoice | 2/21/2003 | 2686 | 68.00 | 68.00 |
| Invoice | 4/10/2003 | 2763 | 12168.00 | 12236.00 |
| Total Wildlife Trading Co. of NM- OKA | | | 12236.00 | 12236.00 |
| | | | | |
| **Wildlife Trading Co. of NM- RGZ** | | | | |
| Payment | 7/16/1999 | 5844 | -4496.00 | -4496.00 |
| Invoice | 10/18/1999 | 294 | 1165.00 | -3331.00 |
| Payment | 11/5/1999 | 6050 | -1165.00 | -4496.00 |
| Invoice | 8/2/2000 | 889 | 12.00 | -4484.00 |
| Payment | 8/24/2000 | 6709 | -12.00 | -4496.00 |
| Invoice | 8/28/2000 | 928 | 4102.25 | -393.50 |
| Invoice | 9/2/2000 | 954 | 2070.00 | 1676.25 |
| Payment | 9/19/2000 | | -2070.00 | -393.75 |
| Invoice | 1/12/2001 | 1178 | 9988.20 | 9594.45 |
| Payment | 1/12/2004 | 1033 | -9988.20 | -393.75 |
| Invoice | 4/20/2001 | 1333 | 25.90 | -367.85 |
| Payment | 5/18/2001 | 7220 | -25.90 | -393.75 |
| Invoice | 6/4/2001 | 1401 | 287.95 | -105.80 |
| Payment | 6/15/2001 | 8424 | -287.95 | -393.75 |
| Payment | 11/23/2001 | 8992 | -6941.75 | -7335.50 |
| Invoice | 2/19/2002 | 1936 | 14591.00 | 7255.50 |
| Invoice | 2/23/2002 | 1949 | 5722.25 | 12977.75 |
| Invoice | 3/12/2002 | 1999 | 436.38 | 13414.13 |
| Invoice | 3/15/2002 | 2012 | 1605.11 | 15019.24 |
| Payment | 4/9/2002 | 9358 | -7255.50 | 7763.74 |
| Payment | 4/9/2002 | 9358 | -5722.25 | 2041.49 |
| Invoice | 5/1/2002 | 2124 | 4.95 | 2046.44 |
| Invoice | 5/6/2002 | 2134 | 13.18 | 2059.62 |
| Invoice | 5/9/2002 | 2144 | 32.90 | 2092.52 |

| Invoice | 5/9/2002 | 2145 | 32.90 | 2125.42 |
|---|---|---|---|---|
| Invoice | 5/23/2002 | 2172 | 17.89 | 2143.31 |
| Payment | 5/24/2002 | 9552 | -32.90 | 2110.41 |
| Payment | 6/7/2002 | 9596 | -46.08 | 2064.33 |
| Payment | 6/17/2002 | 9627 | -2064.33 | 0 |
| Invoice | 8/15/2002 | 2359 | 1500.00 | 1500.00 |
| Invoice | 9/6/2002 | 2388 | 40.70 | 1540.70 |
| Payment | 9/9/2002 | 9947 | -1500.00 | 40.70 |
| Payment | 9/23/2002 | 10033 | -40.70 | 0 |
| Invoice | 10/24/2002 | 2481 | 32.75 | 32.75 |
| Invoice | 11/11/2002 | 2517 | 0 | 32.75 |
| Payment | 11/12/2002 | 10324 | -32.75 | 0 |
| Invoice | 11/18/2002 | 2538 | 4169.60 | 4169.80 |
| Invoice | 11/19/2002 | 2540 | 171.00 | 4340.60 |
| Payment | 12/13/2002 | 10563 | -4340.60 | 0 |
| Invoice | 12/18/2002 | 2589 | 902.30 | 902.30 |
| Invoice | 1/16/2003 | 2646 | 4260.50 | 5162.80 |
| Invoice | 1/20/2003 | 2649 | 1433.24 | 6596.04 |
| Payment | 1/31/2003 | 10784 | -4260.50 | 2335.54 |
| Payment | 2/5/2003 | 10848 | -2035.54 | 300.00 |
| Discount | 2/13/2003 | | -300.00 | 0 |
| Invoice | 3/11/2003 | 2724 | 45.00 | 45.00 |
| Invoice | 3/13/2003 | 2716 | 752.50 | 797.50 |
| Payment | 4/4/2003 | 11060 | -797.50 | 0 |
| Invoice | 4/23/2003 | 2774 | 189.90 | 189.90 |
| Invoice | 5/7/2003 | 2784 | 25.40 | 215.30 |
| Invoice | 5/14/2003 | 1789 | 459.05 | 674.35 |
| Invoice | 5/31/2003 | 2795 | 383.46 | 1057.81 |
| Invoice | 6/21/2003 | 2809 | 51.55 | 1109.36 |
| Invoice | 7/9/2003 | 2818 | 43.80 | 1153.16 |
| Invoice | 7/18/2003 | 2834 | 361.70 | 1514.86 |
| Total Wildlife Trading Co. of NM- RGZ | | | 1514.86 | 1514.86 |
| | | | | |
| **Wildlife Trading Co. of NM- RPZ** | | | | |
| Invoice | 1/9/2003 | 2634 | 29.50 | 29.50 |
| Invoice | 2/28/2003 | 2704 | 110.25 | 139.75 |
| Payment | 3/17/2003 | 10921 | -110.25 | 29.50 |
| Invoice | 3/31/2003 | 2748 | 15.40 | 44.90 |
| Invoice | 4/22/2003 | 2773 | 956.00 | 1000.90 |
| Invoice | 6/21/2003 | 2805 | 158.95 | 1159.85 |
| Total Wildlife Trading Co. of NM- RPZ | | | 1159.85 | 1159.85 |
| | | | | |
| **TOTAL** | | | | **$16,137.44** |