UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC., <br><br>    Plaintiff <br><br> vs. <br><br> BAYSTATE POS, INC., PHILLIP BINGHAM and BLEEP 2000 (COMPUTERS) LTD., d/b/a BLEEP COMPUTING and BLEEP NORTH, <br><br>    Defendants | CASE NO. 05-11678-RCL |

STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action by their attorneys and agree that all claims and counterclaims in the action be dismissed, with prejudice and without costs. This stipulation of dismissal shall not prejudice any claim of either party with respect to defendant Bleep 2000 (Computers) Ltd.

Dated this 21st day of August, 2006.

_____          _____
Mark P. Monack, Esq. (Pro hac vice)       Arnold E. Cohen, Esq.
Jaffe & Asher, LLP                         Bass, Doherty & Finks, P.C.
Attorney for the Plaintiff                 Attorney for the Defendants
600 Third Avenue, 9th Floor                40 Soldiers Field Place
New York, NY                               Boston, MA 02135
Tel: (212) 687-3000                        Tel: (617) 787-5551

AEC\ml

1