UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE TRADING COMPANY OF NEW MEXICO, INC.,<br><br>    Plaintiff<br><br>vs.<br><br>BAYSTATE POS, INC., PHILLIP BINGHAM, and BLEEP 2000 (COMPUTERS) LTD. d/b/a BLEEP COMPUTING and BLEEP NORTH,<br><br>    Defendants | CASE NO.:<br>05-11678-RCL |

AMENDED COUNTERCLAIM

Count I

1. The defendant/plaintiff-in-counterclaim Bay State POS, Inc. ("Bay State") is a Massachusetts corporation with a usual place of business in Stoughton, Massachusetts.

2. The plaintiff/defendant-in-counterclaim Wildlife Trading Company of New Mexico, Inc. ("Wildlife") is a New Mexico corporation with a usual place of business in Bethel, Connecticut.

3. Wildlife owes Bay State the sum of $16,137.44 for goods sold and delivered, for service charges and for reimbursement of expenses provided by Bay State to Wildlife

between January 1, 2002 and July 18, 2003, as set forth in the account attached hereto as Exhibit 1.

Wherefore Bay State demands that judgment be entered against Wildlife in the amount determined by the Court plus interest from July 18, 2003 and costs.

## Count II

4. Bay State hereby repeats and incorporates by reference the allegations contained in paragraphs 1 through 3 hereinabove.

5. Under the agreement entered into by the parties, Wildlife agreed to pay Bay State an agreed adjusted purchase price of $40,500 for the Bleep 2002 Windows upgrade provided by Bay State to Wildlife.

6. Wildlife paid Bay State $30,850 toward agreed upon adjusted purchase price, leaving an unpaid balance of $9,650.

7. Wildlife has failed and refused to pay Bay State the remaining balance of $9,650 of the agreed upon purchase price for the said upgrade, which balance is due and payable to Bay State.

Wherefore, Bay State demands that judgment be entered against Wildlife in the amount determined by the Court plus interest and costs.

```
Dated: June 14, 2006              s/Arnold E. Cohen
                                  Arnold E. Cohen
                                  Attorney for the Defendant
                                  Bay State POS, Inc.
                                  Bass, Doherty & Finks, P.C.
                                  40 Soldiers Field Place
                                  Boston, MA 02135-1104
                                  Tel: (617) 787-5551
                                  BBO # 088480
AEC/ml
```