UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILDLIFE TRADING CO. OF NEW MEXICO**
      **Plaintiff**

   V.

**BLEEP 2000**
      **Defendant**

**CIVIL ACTION**

**NO.05-11678-RCL**

## ORDER OF DISMISSAL

**LINDSAY, D.J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on March 12, 2007, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

June 12, 2007